JOHN B. CANUSO v. LAFFERTY ASPHALT COMPANY.

July 8, 1988.

Petition for certification denied.

RICHARD LEBEL v. EVERGLADES MARINA, INC.

July 8, 1988.

Petition for certification granted. (See 225 *N.J.Super.* 316)

MILLY SUE ROSEN v. ARTHUR G. ROSEN.

July 8, 1988.

Petition for certification denied. (See 225 *N.J.Super.* 33)

BERNHARDT MULLER v. AETNA LIFE AND CASUALTY.

July 8, 1988.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. CARL CESTARI.

July 8, 1988.

Petition for certification denied. (See 224 *N.J.Super.* 534)